JS-6 / ENTERED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| ANA MARIA CHATTERTON, | SACV 11-1049-JPR |
| Plaintiff, | |
| v. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the parties' Joint Stipulation to Reopen Case and the Order Reopening Case for Purpose of Entering Judgment for Plaintiff, IT IS HEREBY ADJUDGED and DECREED that judgment be entered in Plaintiff's favor and this action be dismissed with prejudice.

Date: January 16, 2013

*[signature]*

HON. JEAN P. ROSENBLUTH
United States Magistrate Judge